UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 7 7 2018
Clerk, U S District & Bankruptcy
Courts for the District of Columbia

SURF MOORE,            )
                       )
       Plaintiff,      )
                       )
v.                     )   Civil Action No. 18-1299 (UNA)
                       )
U.S. JUSTICE DEPARTMENT, )
                       )
       Defendant.      )

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis*, *pro se* complaint, and motions for a hearing and to appoint counsel. The application will be granted but the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This complaint does not appear to allege facts to support a viable legal claim. Rather, it consists of incomprehensible ramblings that the government is monitoring his actions using electronic devices. The complaint fails to set forth a short and plain statement showing plaintiff's entitlement to relief. Therefore, as drafted, the complaint does not meet the minimal pleading requirements set forth in Rule 8(a). The Court will dismiss the complaint without prejudice and deny plaintiff's motions as moot.

An Order is issued separately.

DATE: June 27, 2018

United States District Judge
J. Boasberg